VERA CEVERA, Plaintiff, *v.* SADIE DE GREGORIO, Defendant.
YONKERS ELECTRIC LIGHT & POWER COMPANY, Plaintiff, *v.* SADIE DE GREGORIO, Defendant.

Supreme Court, Westchester County, October 5, 1938.

*Charles E. Norris,* for the Yonkers Electric Light & Power Company.

*Ireland & Cohen,* for the defendant.

WITSCHIEF, J. While these actions grow out of the same accident, one of the plaintiffs is a sister of the defendant and a guest passenger in her sister's car. The other plaintiff owned property on the street which was damaged in the collision. Under these circumstances the motion to consolidate is denied, with ten dollars costs to Yonkers Electric Light & Power Company.